ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief
KIERAN F. O'NEIL, Trial Attorney (AK Bar No. 2311132)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-7548; Fax: (202) 305-0275
E-mail: Kieran.O'Neil@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity, <br><br> Plaintiff, <br><br> v. <br><br> U.S. Fish and Wildlife Service; Paul Souza, Regional Director of Region 8 of the U.S. Fish and Wildlife Service, exercising the delegated authority of the Director of the U.S. Fish and Wildlife Service; and Doug Burgum, U.S. Secretary of the Interior, <br><br> Defendants. | Case No. 4:24-cv-00564-RCC <br><br> **PARTIES' JOINT MOTION TO ENTER SETTLEMENT AGREEMENT** |

1

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Center for Biological Diversity ("Plaintiff") and Defendants the U.S. Fish and Wildlife Service ("Service"), Paul Souza, in his official capacity as Regional Director of Region 8 of the Service, exercising the delegated authority of the Director of the Service, and Doug Burgum, in his official capacity as U.S. Secretary of the Interior (collectively, "Defendants"), respectfully request that the Court enter the attached Stipulated Settlement Agreement ("Agreement") as an order of the Court and dismiss this action with prejudice.

Respectfully submitted this 8th day of April, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief

*/s/ Kieran F. O'Neil*
KIERAN F. O'NEIL, Trial Attorney
AK Bar No. 2311132
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel:     (202) 353-7548
Fax:    (202) 305-0275
E-mail:  Kieran.O'Neil@usdoj.gov

*Attorneys for Defendants*

*/s/ Camila Cossío (with permission)*
CAMILA COSSÍO
OR Bar No. 191504
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Tel:     (971) 717-6427 ext. 427
E-mail:  ccossio@biologicaldiversity.org

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Kieran F. O'Neil*
KIERAN F. O'NEIL, Trial Attorney
AK Bar No. 2311132
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel:   (202) 353-7548
Fax:   (202) 305-0275
E-mail: Kieran.O'Neil@usdoj.gov

*Attorney for Defendants*
