# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, | No. CV-24-00564-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| United States Fish and Wildlife Service, et al., | |
| Defendants. | |

The Court hereby GRANTS the Parties' Joint Motion to Enter Settlement Agreement. Plaintiff's Complaint is DISMISSED with prejudice.

Dated this 9th day of April, 2025.

Honorable Raner C. Collins
Senior United States District Judge